IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Joscatarius Timpson, ) | C.A. #5:15-2768-PMD |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| South Carolina Department of Corrections, ) | |
| Christopher Pondexter; Joshua Silva, ) | |
| Karl Von Mutius, ) | |
| Defendants. ) | |
| ) | |

This matter is before the court upon the magistrate judge's recommendation that the case be remanded to the Court of Commons Pleas, Charleston County, South Carolina. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Civ. Rule 73.02(B)(2)(e) (D.S.C.) and 28 U.S.C. § 636(b).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that this case is remanded to the Court of Common Pleas, Dorchester County, South Carolina without prejudice to defendants' right to file responses to plaintiff's filings in state court.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

August 19, 2015
Charleston, South Carolina